1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DWAYNE RICHARDSON, an individual

12          Plaintiff,                          No. 2:12-CV-02032-KJM-KJN

13      vs.

14   APPLE INC., a California corporation;
     RHONDA HESS-BREWER, an individual;
15   and DOES 1 through 20, inclusive

16          Defendants.                         ORDER

17   _____/

18          On December 20, 2012, the court ordered counsel for plaintiff to show cause on

19   or before December 30, 2012 why sanctions in the amount of five-hundred dollars ($500) should

20   not be imposed against counsel and/or plaintiff for their failure to comply with the court's

21   October 19, 2012 order.  (ECF 16.)  Neither Dow Wakefield Patten or Spencer Freeman Smith,

22   both counsel for plaintiff, have responded.

23          Accordingly, IT IS HEREBY ORDERED that Dow Wakefield Patten and Spencer

24   Freeman Smith, jointly and severally, are ordered to pay sanctions in the amount of $500.00 for

25   their failure to file a response to the order to show cause filed on December 20, 2012.  The sum

26   /////

1

1   is to be paid personally by Dow Wakefield Patten and Spencer Freeman Smith, jointly and

2   severally, **not later than fourteen (14) days** from the filing of this order.

3   DATED:  January 18, 2013.

4

5   _____
    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26